JOHN K. P. VOIGHT, RESPONDENT, v. McEWAN BROTHERS, APPELLANT.

Submitted October 25, 1935—Decided January 31, 1936.

For the respondent, *Herman M. Cone.*

For the appellant, *Clarence B. Tippitt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ.   11.

*For reversal*—None.